**Michael D. SLENTZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

**No. 04–3210.**

United States Court of Appeals,
Federal Circuit.

June 4, 2004.

Michael D. Slentz, of Counsel, Lubbock, TX, for Petitioner.

Stephen D. Lobaugh, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.